

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| Nancy Euw-Jong Sitanggang, | ) Case No. ED CV 12 - 00330/AP SPx </br> ) |
| Plaintiff, | ) </br> ) |
| vs. | ) </br> ) |
| NATHAN THOMAS MCINTYRE, dba </br> MCINTYRE LAW GROUP, ISAOA; | ) </br> ) </br> ) |
| CLIFFHAVEN MAINTENANCE CORPORATION; | ) </br> ) |
| Defendants. | ) |

[PROPOSED]
**ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Based on the Complaint filed herein, the Emergency Ex Parte Application for Temporary Restraining Order, the Memorandum filed in support of the Application, and the Declaration filed in support of the Application,

IT IS HEREBY ORDERED THAT:

[PROPOSED] ORDER

1

The Emergency Ex Parte Application of Plaintiff Nancy Euw-Jong Sitanggang for Preliminary Injunction is hereby GRANTED.

IT IS FURTHER ORDERED THAT:

Defendants are enjoined, until further notice, from conducting a nonjudicial foreclosure sale of Plaintiff's property located at 774 Morita Drive, Corona, CA 92879, legally described as:

**REAL PROPERTY IN THE CITY OF CORONA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS: LOT 12 OF TRACT NO. 31166 AS SHOWN BY MAP ON FILE IN BOOK 386 PAGES 51 THROUGH 60 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.**

**Parcel ID Number: 168-361-004-5**

IT IS FURTHER ORDERED, that Defendants are hereby ordered to show cause at 11:30 (a.m.)(p.m.) on March 12, 2012, or as soon thereafter as counsel may be heard, in the court room of the Honorable Dean Pregerson, located at 312 N. Spring St., L.A., 90012 Courtroom #3, why Defendants, their agents, officers and assigns, should not be enjoined pending trial of this action from engaging in or performing any act to deprive Plaintiff of the quiet enjoyment of her real property as described above, including but not limited to instituting or maintaining sale proceedings on the property or from otherwise taking any steps whatsoever to deprive Plaintiff of her residence in and possession of the property or to impair or degrade the value of the property.

IT IS SO ORDERED.

Dated: 3 / 5, 2012

*[signature]*
United States District Court Judge

[PROPOSED] ORDER

2