<pre>
                                                                    O

                                                                 JS-5










                       UNITED STATES DISTRICT COURT

                      CENTRAL DISTRICT OF CALIFORNIA


NANCY EUW-JONG SITANGGANG,    )  Case No. EDCV 12-00330 DDP (SPx)
                              )
            Plaintiff,        )  **ORDER GRANTING MOTION TO REOPEN**
                              )  **CASE TO ALLOW SERVICE**
     v.                       )
                              )  [Dkt. No. 25]
NATHAN THOMAS McINTYRE dba    )
McINTYRE LAW GROUP, ISAOA;    )
CLIFFHAVEN MAINTENANCE        )
CORPORATION,                  )
                              )
            Defendants.       )
                              )
_____)
</pre>

Presently before the court is Plaintiff Nancy Euw-Jong Sitanggang's Motion to Alter or Amend Order Dismissing Case, or in the Alternative, to Reopen Case to Allow Service. On November 15, 2012, this court found Plaintiff's service by Federal Express to be improper and ordered Plaintiff to serve Defendant no later than December 7, 2012. On April 1, 2013, Plaintiff not having complied, this court dismissed the action without prejudice. On May 1, 2013, Plaintiff attempted to file proofs of service, which were rejected for failure to provide a courtesy copy to the judge.[1]

---

[1] Plaintiff attempted to file the proofs of service under the
(continued...)

1   Plaintiff now asks for the Order dismissing the action to be
2   amended or for the action to be reopened to allow service, on the
3   ground, among others, that she did not receive the Order to serve
4   Defendants when it was issued in November. No opposition to the
5   Motion has been filed.
6      The court finds that there is good cause to reopen the action.
7   The action is hereby REOPENED. The court orders the court clerk to
8   file the proofs of service received on May 1, 2013, as of the date
9   of this Order. Plaintiff need not take any additional steps with
10  respect to the filing of the proofs of service.
11  IT IS SO ORDERED.

Dated: May 23, 2013

DEAN D. PREGERSON
United States District Judge

---

[1](...continued)
case number EDCV12-00330 VAP(SPx). The correct case number is 12-00330 DDP (SPx), as Plaintiff correctly indicated on the current motion. For clerical efficiency, Plaintiff is requested to use Judge Pregerson's initials (DDP) in all future filings, as the initials VAP route the papers to Judge Phillips, who is no longer assigned to this case.