```
 1
 2
 3                                                                    O
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  NANCY EUW-JONG SITANGGANG,    )  Case No. EDCV 12-00330 DDP (SPx)
                                  )
12              Plaintiff,        )  ORDER GRANTING MOTION FOR LEAVE
                                  )  TO AMEND COMPLAINT
13       v.                       )
                                  )  [Dkt. No. 50]
14  NATHAN THOMAS McINTYRE dba    )
    McINTYRE LAW GROUP, ISAOA;    )
15  CLIFFHAVEN MAINTENANCE        )
    CORPORATION,                  )
16                                )
                Defendants.       )
17                                )
                                  )
18                                )
19  _____   )
```

Presently before the court is Plaintiff Nancy Euw-Jong Sitanggang's Motion for Leave to Amend Complaint. Because Defendants have not filed an opposition, the Motion is GRANTED.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1    The hearing on Plaintiff's Motion was set for July 22, 2013.
2 Defendants' opposition was therefore due by July 1, 2013.  As of
3 the date of this order, Defendants have not filed an opposition, or
4 any other filing that could be construed as a request for a
5 continuance.  Accordingly, the court deems Defendants' failure to
6 oppose as consent to granting the Motion, and GRANTS the Motion.
7 Any amended complaint shall be filed within 10 days of this order.
8
9 IT IS SO ORDERED.
10
11
12 Dated: July 16, 2013
                                      DEAN D. PREGERSON
13                                    United States District Judge